UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO M. LOVE,<br><br>          Plaintiff,<br><br>     v.<br><br>DAVIS, et al.,<br><br>          Defendants. | No.  2:19-cv-1829 DB P<br><br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983.  In an order filed November 16, 2020, this court found plaintiff failed to state any claims cognizable under § 1983.  This court dismissed the complaint with leave to amend.  Plaintiff was given sixty days to file a first amended complaint.  Plaintiff was warned that if he failed to file a timely amended complaint, this action may be dismissed.

Sixty days have passed and plaintiff has not filed an amended complaint or otherwise responded to this court's November 16 order.

Accordingly, the Clerk of the Court IS HEREBY ORDERED to randomly assign a district judge to this case; and

IT IS RECOMMENDED that this action be dismissed for plaintiff's failure to comply with a court order and failure to prosecute this action.  E.D. Cal. R. 110; Fed. R. Civ. P. 41.

////

1   These findings and recommendations will be submitted to the United States District Judge
2   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within thirty days after
3   being served with these findings and recommendations, either party may file written objections
4   with the court.  The document should be captioned "Objections to Magistrate Judge's Findings
5   and Recommendations."  The parties are advised that failure to file objections within the specified
6   time may result in waiver of the right to appeal the district court's order.  Martinez v. Ylst, 951
7   F.2d 1153 (9th Cir. 1991).

Dated:  February 1, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/love1829.FTA