UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO M. LOVE,<br><br>Plaintiff,<br><br>v.<br><br>DAVIS, et al.,<br><br>Defendants. | No. 2:19-cv-01829-TLN-DB<br><br>**ORDER** |

Plaintiff Angelo M. Love ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 2, 2021, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within thirty days. (ECF No. 11.) Plaintiff has not filed any objections to the findings and recommendations.

The Court has reviewed the file under the applicable legal standards and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed February 2, 2021 (ECF No. 11), are ADOPTED IN FULL; and

1

2. This action is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED: May 3, 2021

Troy L. Nunley
United States District Judge